# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor child Seth Joseph Reyes,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00013-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>ORDER GRANTING BRITTNEY REYES'S MOTION TO APPOINT AS GUARDIAN AD LITEM<br><br>(ECF Nos. 2 ,4, 7) |

Plaintiff Seth Joseph Reyes filed a complaint on January 4, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) On January 7, 2016, the Court issued an order requiring Plaintiff to submit a motion for appointment of a guardian ad litem and directing the proposed guardian ad litem to pay the filing fee for this action or file an application to proceed in forma pauperis. (ECF No. 3.) On January 21, 2016, Plaintiff filed the first amended complaint in this action, naming Brittney Reyes as Plaintiff on behalf of minor child Seth Joseph Reyes. (ECF No. 5.) In the first amended complaint, Brittney Reyes states that Seth Joseph Reyes is her son. (ECF No. 5 at 2.) On that same day, Brittney Reyes filed an amended motion to proceed in forma pauperis. (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

On January 26, 2016, the Court issued an order requiring Plaintiff to comply with Local Rule 202(a). (ECF No. 6.) On February 2, 2016, Plaintiff filed a motion to appoint Brittney

Reyes as guardian ad litem for her minor child, who is Plaintiff in this action.  (ECF No. 7.) Good cause appearing, the Court appoints Brittney Reyes as guardian ad litem for minor, Seth Joseph Reyes.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to appoint Brittney Reyes as guardian ad litem for minor plaintiff is GRANTED;
2. Brittney Reyes is appointed as guardian ad litem for the minor, Seth Joseph Reyes;
2. Plaintiff's application to proceed in forma pauperis is GRANTED;
3. The Clerk of Court is DIRECTED to issue a summons; and
4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the Defendant if requested by the Plaintiff.

IT IS SO ORDERED.

Dated:   **February 2, 2016**

_____
UNITED STATES MAGISTRATE JUDGE