# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor child Seth Joseph Reyes,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>Defendant. | Case No. 1:16-cv-00013-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE RE STATUS OF SERVICE |

Plaintiff Brittney Reyes filed this action on January 4, 2016. Summonses were issued on February 3, 2016. Pursuant to the scheduling order issued on February 3, 2016, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:  **March 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1