# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor child Seth Joseph Reyes,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>   Defendant. | Case No.  1:16-cv-00013-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's confidential letter brief shall be served on or before October 8, 2016;

2. All corresponding deadlines are modified accordingly; and

3. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated:   **September 13, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1