# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor child SETH JOSEPH REYES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>Defendant. | Case No. 1:16-cv-00013-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S SOCIAL SECURITY APPEAL |

Plaintiff Brittney Reyes ("Plaintiff"), on behalf of Seth Joseph Reyes ("Claimant"), seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. The Court finds that this matter is appropriate for oral argument. Accordingly, the parties shall appear on August 16, 2017, at 10:00 a.m., in Courtroom 9 for a hearing on Plaintiff's Social Security Appeal. The parties may appear telephonically at the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference phone number and pass code. The parties should be prepared to address all argument raised in Plaintiff's briefing with citations to the record.

/ / /

/ / /

1

Based on the foregoing, IT IS HEREBY ORDERED that a hearing on Plaintiff's Social Security Appeal shall be held before the undersigned on **August 16, 2017, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **July 14, 2017**

UNITED STATES MAGISTRATE JUDGE