# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor S.J.R. | Case No: 1:16-cv-00013-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND ENTRY OF JUDGMENT FOR PLAINTIFF |
| vs. | |
| COMMISSIONER OF THE SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four;

2. The hearing set for August 16, 2017 is vacated; and

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff Brittney Reyes, and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __August 7, 2017__

UNITED STATES MAGISTRATE JUDGE

1