UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY REYES, on behalf of minor S.J.R., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:16-cv-00013-SAB <br><br> ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) <br><br> (ECF No. 30) |

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, fees in the amount of four thousand eight hundred and eighty-four dollars and fourteen cents ($4,884.14) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **October 30, 2017**

UNITED STATES MAGISTRATE JUDGE